IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00812-WYD-BNB

NICOLE ELLISON,

    Plaintiff,

v.

RICHARD J. BORDREAU & ASSOCIATES, LLC, a Massachusetts limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

    Dated: August 15, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge